UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


BRENDA L. IVY
and KEITH M. IVY,

    Plaintiffs,

v.                                  Cv. No.: 12-2339-JTF

LEA BANNISTER, M.D., and
MEMPHIS OBSTETRICS & GYNECOLOGICAL
ASSOCIATION, P.C.,

    Defendants.


# JUDGMENT

**JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the jury verdict, rendered on October 1, 2013, judgment is hereby entered for Plaintiffs, Brenda L. Ivy and Keith M. Ivy, and against Defendants, Lea Bannister, M.D. and Memphis Obstetrics & Gynecological Association, P.C., Plaintiff Brenda L. Ivy, is awarded the amount of $4,000,000.00 and Plaintiff Keith M. Ivy is awarded the amount of $350,000.00 in damages. The cause is hereby dismissed.


**APPROVED:**


s/John T. Fowlkes, Jr.
JOHN T. FOWLKES, JR.        THOMAS M.GOULD
UNITED STATES DISTRICT JUDGE   CLERK


October 4, 2013              s/Lorri Fentress
DATE                              (By) LAW CLERK