UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**BRENDA L. IVY and KEITH M. IVY,**

    **Plaintiffs,**

v.                                      Cv. No.: 12-2339-JTF

**LEA BANNISTER, M.D. and
MEMPHIS OBSTETRICS & GYNECOLOGICAL
ASSOCIATION, P.C.,**

    **Defendants.**


# AMENDED JUDGMENT


    Amended Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Joint Stipulation of Dismissal and Satisfaction of Judgment entered by the Parties and the Order of Dismissal with Prejudice entered by the Court on February 5, 2014.


**APPROVED:**


*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.          THOMAS M.GOULD
UNITED STATES DISTRICT JUDGE    CLERK


February 5, 2014                s/Lorri Fentress
DATE                                 (By) LAW CLERK